IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILADELPHIA MARINE TRADE ASSOCIATION INTERNATIONAL LONGSHOREMEN'S ASSOCIATION DEFINED CONTRIBUTION PLAN, THROUGH ITS TRUSTEES AND FIDUCIARIES UWE SCHULZ AND JAMES H. PAYLOR, JR.** | : : : : : : : | CIVIL ACTION |
| **Plaintiffs,** | : : | |
| vs. | : : | |
| **ANNA RODGERS, AS THE CUSTODIAL PARENT OF MINOR CHILD JALESSA RODGERS; BEVERLY HARRIS; DANA HARRIS, MAURICE HARRIS; SHARICE HARRIS; JANE DOE, GUARDIAN AND CUSTODIAL PARENT OF JOHN DOE; AND JILL DOE** | : : : : : : : : | NO. 02-3638 |
| **Defendants** | : | |

## O R D ER

**AND NOW,** this 17th day of July, 2002, the Court having received a letter from defendant, Anna Rogers,[1] as the custodial parent of minor child, Jalessa Rodgers, dated July 11, 2002, which letter recites that "I was served a Notice of Right to Consent in relation to the contents of Andre Harris' Individual Account with PMTA-ILA. This letter is the requested response. . .," it appearing to the Court that the July 11, 2002 letter from Anna Rogers is a response to the Complaint served on the said Anna Rogers, **IT IS ORDERED** that the letter from Anna Rogers dated July 11, 2002, treated by the Court as a response to the Complaint, shall

---

[1] Anna Rogers pointed out in the letter that the correct spelling of her name is "Rogers," not "Rodgers."

be docketed. Copies of the letter shall be served on plaintiff, through counsel, and each of the defendants by the Deputy Clerk.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**