IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA MARINE TRADE ASSOCIATION INTERNATIONAL LONGSHOREMEN'S ASSOCIATION | : : : : | CIVIL ACTION |
| v. | : : | NO. 02-CV-3638 |
| ANNA RODGERS, et al. | : | |

**O R D E R**

**AND NOW, TO WIT:** This 4th day of November, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
　　　　　　Lynn Meyer
　　　　　　Deputy Clerk

cc:　　　Susan A. Murray, Esquire (via fax)
　　　　Anna Rodgers (via mail)
　　　　Beverly Harris (via mail)
　　　　Dana Harris (via mail)
　　　　Maurice Harris (via mail)
　　　　Sharice Harris (via mail)

O:\41(b) Orders to Dismiss\Phila. Marine v. Rodgers 02-3638 - 41.1 New.wpd